IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARDO SANTOS ) | Case Number: 2:11-cv-02903-RK |
| Plaintiff ) | |
| vs. ) | |
| NCO FINANCIAL SYSTEMS, INC. AND AMERICAN EXPRESS COMPANY ) | |
| Defendant ) | |

**STIPULATION OF DISMISSAL**

AND NOW, this 9th day of March, 2012, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendants in the above captioned matter that the above captioned matter be dismissed with prejudice.

**Warren & Vullings, LLP**

BY: /s/ *Bruce K. Warren*
    Bruce K. Warren, Esquire
    Attorney for Plaintiff

**Sessions, Fishman, Nathan & Israel, L.L.C**

BY: /s/ Ross S. Enders
    Ross S. Enders
    Attorney for Defendant